[Nos. 50649-8-I; 50746-0-I.  Division One.  March 8, 2004.]

CHUONG VAN PHAM, ET AL., *Respondents*, v. THE CITY OF SEATTLE, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 97-2-11669-4, John P. Erlick, J., entered May 24 and June 18, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Cox, J.

[No. 50937-3-I.  Division One.  March 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH HUFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08175-2, Donald D. Haley, J., entered July 25, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Grosse, JJ.

[No. 51811-9-I.  Division One.  March 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID FREDERICK BRYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03535-0, Harry McCarthy, J. Pro Tem., entered January 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51870-4-I.  Division One.  March 8, 2004.]

*In the Matter of the Marriage of* NANCY PAYNE ESCOBAR, *Respondent*, and RAUL ANTONIO ESCOBAR, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 97-3-01521-1, Charles S. French, J., entered January 17 and February 21, 2003. *Affirmed* by unpublished per curiam opinion.